

# TOWN OF JACKSON

## OFFICE OF THE SELECTMEN

September 22, 2025

State of New Hampshire
Liquor Commission Department

The TOWN OF JACKSON, New Hampshire is revoking permission of Alpine Resources Corporation's license for the Alpine Cabin located at the mid-point of the mountain and the deck of the Alpine Cabin at Black Mountain Ski Area, located at 373 Black Mountain Road in Jackson, New Hampshire.

The original letter providing the Town's permission dated 11.26.2024 is attached for your reference.

_____
Barbara Campbell, Chair


_____
Robert Thompson, Selectman


_____
Frank DiFruscio, Selectman

TOWN OF JACKSON
Select Board



P.O. BOX 268 - JACKSON, NEW HAMPSHIRE 03846          TELEPHONE: 603-383-4223 - FAX: 603-383-6980