# Chris Meier

| | |
|---|---|
| **From:** | Chris Meier |
| **Sent:** | Friday, May 9, 2025 4:17 PM |
| **To:** | 'Chief Perley' |
| **Cc:** | Kacy Tillotson |
| **Subject:** | 91-A Request |

Chief Perley –

This office serves as counsel to Black Mountain Co-op, LLC (the "Coop"), which is the operating entity for Black Mountain Ski Area. We are assisting the Coop in their response and follow up to a complaint (or complaints) made to the Town of Jackson and others concerning the operation of Black Mountain, and/or alleged actions of its guests, including parking issues.

Please consider this a request made pursuant to RSA 91-A for electronic copies of any and all documents (in any form) which constitute, evidence, or relate to any:

1) Complaint made from 2024 to the present to the Jackson Police Department relating to the Coop, Black Mountain Ski Area, or Entabeni Systems.
2) Call for service (logged or otherwise) for activities (or alleged activities) at, on, or around Black Mountain Ski Area.
3) Recordings of any calls or radio traffic relating to any such calls for service.
4) Any other documents relating to such calls for service, including without limitation after-action reporting.

Thank you for your assistance in this matter, and let me know if you have any questions.

_____
Christopher T. Meier
COOPER CARGILL CHANT, P.A.
Attorneys at Law
2935 White Mountain Highway
North Conway, NH 03860
Office Voice:   603.356.5439
Google Voice:  617.433.8001
Fax:            603.356.7975
Web:            www.ccclaw.com
E-mail:         cmeier@ccclaw.com
_____

This message and its attachments contain information that may be confidential, protected by attorney-client and/or work product privileges, and protected by law from disclosure. If you are not the intended recipient, please delete the message and attachments without printing, copying, forwarding or saving, and notify the sender immediately.