

# TOWN OF JACKSON

OFFICE OF THE CHIEF OF POLICE  
*Service, Safety, Community*

**Exh. 2**

Christopher T. Meier  
Cooper Cargill Chant, P.A.  
2935 White Mountain Highway  
North Conway, NH  03860

May 10th, 2025

Dear Attorney Meier,

   I am in receipt of your 91-A request.  Your request is incorporated within this response, and reads as follows;

*Please consider this a request made pursuant to RSA 91-A for electronic copies of any and all documents (in any form) which constitute, evidence, or relate to any:*

1) *Complaint made from 2024 to the present to the Jackson Police Department relating to the Coop, Black Mountain Ski Area, or Entabeni Systems.*
2) *Call for service (logged or otherwise) for activities (or alleged activities) at, on, or around Black Mountain Ski Area.*
3) *Recordings of any calls or radio traffic relating to any such calls for service.*

*Any other documents relating to such calls for service, including without limitation after-action reporting.*

   My official position on your request is as follows;

   **Listed Item 1.)**  I cannot fill or answer this request due to the vague nature of the request.  In Addition, some of the material that is or could be within the scope of this request is exempt from release under the recognized law enforcement exemption(s) to 91-A and FOIA requests, ***(Murray v. NH Div. of State Police, 154 N.H. 579 (2006)*** Specifically, materials that if released could allow, or create a circumstance that would allow, a person to circumvent the law or adversely effect an on-going criminal investigation(s).

   **Listed Item 2.)**  I cannot fill or answer this request as it is exempt from release under the recognized law enforcement exemption(s) to 91-A and FOIA requests, ***(Murray v. NH Div. of State Police, 154 N.H. 579 (2006)*** Specifically, materials that if released could allow, or create a circumstance to allow, a person to circumvent the law or adversely effect an on-going criminal investigation(s).



P.O. Box 187 - Jackson, New Hampshire 03846       Telephone: 603-383-9292 - Fax: 603-383-8150

**Listed Item 3.)**  I cannot fill or answer this request as we do not possess *recordings of any calls or radio traffic relating to any such calls for service.*  Any supporting documents to such calls or radio traffic would be exempt from release under the recognized law enforcement exemption(s) to 91-A and FOIA requests, *(Murray v. NH Div. of State Police, 154 N.H. 579 (2006).* Specifically, materials that if released could allow, or create a circumstance to allow, a person to circumvent the law or adversely effect an on-going criminal investigation(s).

Regards,

Chief Christopher C. Perley
Jackson Police Department