```
                                                    Arvd-11:17:29  Clrd-11:18:02
25-24280      1131      Parking Complaint                   Citation/ Warning
Issued
        Primary Id:     Chief Chris Perley
   Location/Address:    [15] 398 BLACK MOUNTAIN RD
       Jurisdiction:    Jackson
      Calling Party:           @ ***UNKNOWN*** - JACKSON, NH 03846
                 ID:    Chief Chris Perley
                        Disp-11:33:55  Enrt-11:33:55  Arvd-11:43:40  Clrd-13:29:11
                 ID:    Sergeant Michael Mosher
                                                       Arvd-11:43:36  Clrd-13:29:09
            Vehicle:    BRO 2016 DODG PU RAM   Reg: PC            VIN:
              Owner:    CARLSON, CHRISTIAN OTTO @                  - MADISON, NH
03849
                        OLN: NH
            Vehicle:    BLK 2012 FORD Fiesta S  Reg: PC            VIN:
              Owner:    CARDWELL, RODERICK NICHOLAS @
MANCHESTER, CT 06040
            Vehicle:    GRY 2019 SUBA SW FORESTER  Reg: PC           VIN:
              Owner:    ROAF, ERIK M @                   - HAMPTON, NH 03842
                        OLN: NH
            Vehicle:    RED 2019 FORD F-150   Reg: PC          VIN:
              Owner:    SANBORN, DALTON D @              - STANDISH, ME 04084
                        OLN:
          Narrative:
                        Female NE adv her neighbor let her know that there are
                        people parking on their lawn. Believes they are people from
                        the ski area. Req the officer to also take a picture of it.

                        05/03/2025 1133 241 enroute. Paged 88 info
                        05/03/2025 1143 241 242 out. Significant parking issue.
                                        Will be contacting the owner of black mnt
                                        and issuing tickets
                        05/03/2025 1148 241 adv            parking citation
                                        and          has a dog in the vehicle
                        05/03/2025 1233 241 adv            and           need a
                                        wrecker for both
                        05/03/2025 1235 NE Hurteaus adv info
                        05/03/2025 1300 NE to Hurteau's, Subaru has left with owner.
                                        F-150 still on scene
                        05/03/2025 1311 241 adv Hurteaus out
                        05/03/2025 1327 241 adv the owner showed up and settled
                                        with Hurteaus. Property was posted
                                        at request of the owner.

25-24292      1200      OHRV INCIDENT                       Citation/ Warning
Issued
        Primary Id:     Chief Chris Perley
        Vicinity of:    [15] BLACK MOUNTAIN RD
       Jurisdiction:    Jackson
     Involved Party:    MOGENSEN, ERIK M @               - WINTER PARK, CO 804820000
                 ID:    Chief Chris Perley
                        Disp-13:31:54                              Clrd-13:38:54
          Narrative:
                        241 adv OHRV violation around noon. Subj is

                        Mogensen, Erik M              Req to see what state his
                        license is out of.
```

348

```
                    05/03/2025 1339 Subjs spelling is Mogensen, Erik M

        Narrative:
                    05/03/2025  Observed John Deere Gator traveling northbound
                    on Black Mt. Rd.  Driver drove approx. 150 yards on roadway
                    in heavy traffic.
                    Driver Erik Mogensen
                    No license on person, licensed out of Colorado.
                    asked if
                    gator was registered for roadway use.  Answer  no.
                    Summons issued and explained, further investigation
                    regarding license of origin.
                    Observed vehicle up close, no utility plate or ohrv aggie
                    plate on GATOR
                    Summons issued and explained.


25-24294         1355     POLICE INFORMATION                          Service
Complete
        Primary Id:     Chief Chris Perley
  Location/Address:     [15 J409] BLACK MOUNTAIN SKI AREA - 373 BLACK MOUNTAIN RD
      Jurisdiction:     Jackson
                ID:     Chief Chris Perley
                                              Arvd-14:01:27  Clrd-14:01:39
        Narrative:
                    report from KB that the mid station pub is over crowded,
                    people are intoxicated and urinatingin the woods.  No
                    bathroom facilities on site.  He also reported that the fire
                    lane at the base lodge was blocked and was going to report
                    it directly to JH.  Called Liquor agent Joshua Beuchemin on
                    cell and left a message. e-mailed Noah Dumas NHLC as well
                    with information.
```

| | | | |
|---|---|---|---|
| 25-24335 TRANSMITTED | 1934 | MOTOR VEHICLE COMPLAINT | ANNOUNCEMENT |

```
       Location/Address:   [15 BLKMTN] BLACK MOUNTAIN SKI AREA - 1 BLACK MOUNTAIN RD
          Jurisdiction:    Jackson
         Calling Party:    HICKEY, MO @ ***UNKNOWN*** - JACKSON, NH 03846
                    ID:    Patrol Officer Cameron Emmett
                           Disp-19:48:44   Enrt-19:48:44                   Clrd-19:51:12
             Narrative:
                           Female NE adv a male in a blue toyota tacoma had been
                           drinking in the parking lot all day and he just left headed
                           towards Bartlett. Adv he also told the 88 he just took a
                           bunch of shrooms. 88 would be willing to write a statement.

                           05/03/2025 1937 announced North
                           05/03/2025 1937 105 copied, out of position
                           05/03/2025 1937 243 copied
                           05/03/2025 1939 105 req to call Conway and adv of BOLO
                           05/03/2025 1939 NE Conway, adv info
```

| | | | |
|---|---|---|---|
| 25-24336 | 1942 | DISTURBANCE | Investigated |

```
            Primary Id:    Patrol Officer William S Eaton
       Location/Address:   [15 BLKMTN] BLACK MOUNTAIN SKI AREA - 1 BLACK MOUNTAIN RD
          Jurisdiction:    Jackson
         Calling Party:    BLACK MOUNTAIN SKI AREA
                           MORGENSEN, ERIK @ 1 BLACK MOUNTAIN RD - JACKSON, NH 03846
        CallBack Number:
                    ID:    Sergeant Michael Mosher
                                                          Arvd-19:43:31   Clrd-19:54:00
                    ID:    Sergeant Timothy E Thompson
                           Disp-19:43:39   Enrt-19:43:39                   Clrd-19:51:08
                    ID:    Patrol Officer William S Eaton
                                                          Arvd-19:46:18   Clrd-20:31:34
                    ID:    Deputy Sheriff Jaclyn Cortese
                           Disp-19:47:00   Enrt-19:47:00                   Clrd-19:51:05
             Narrative:
                           911 op 140 with 88 M Erik Morgensen on the line. Adv he is
                           new owner of Black Mountain Ski area. They are setting up
                           for a fireworks display and the owner stated a "neighbor
                           that they have been having an issue with fired warning
                           shots". 88 Req PD to respond. Adv the shots came from Dean
                           David Farm.
                           05/03/2025 1945 Adv 242, 242 in the area.
                           05/03/2025 1945 C-05 enroute with travel from Wakefield.
                           05/03/2025 1947 C-11 diverting enroute with travel from
                                           Tamworth.
                           05/03/2025 1951 Status check 242 x 3. 10-9 to 242. 242 Adv
                                           all set no issue at this time. All other
                                           units can 10-12. 242 clearing residence
                                           now and enroute to Black Mt for Flup.
                           05/03/2025 1952 C-05,C-11 and 105 all copy direct and 10-12
                           05/03/2025 2032 242 Adv 10-79. Req OF# for 243.
```

```
Refer To Incident:    2515-25-OF

25-
24337       1954    DISTURBANCE                                    Investigated

         Primary Id:    Patrol Officer William S Eaton
    Location/Address:   [15 BLKMTN] BLACK MOUNTAIN SKI AREA - 1 BLACK MOUNTAIN RD
        Jurisdiction:   Jackson
                 ID:    Sergeant Michael Mosher
                                                  Arvd-19:54:00  Clrd-20:31:52
                 ID:    Patrol Officer William S Eaton
                                                  Arvd-20:31:44  Clrd-20:31:49
           Narrative:
                        242 Adv flagged down by employee for an intoxicated subject
                        that refuses to leave.
                        05/03/2025 1956 242 adv employee has lost contact with
                        subject. 242 adv will be checking the area.
                        05/03/2025 2033 242 Adv 10-79. Req OF# for 243.

    Refer To Incident:    2515-24-OF
```



**351**