**Therrien1, Kimberly**

| | |
|---|---|
| **From:** | Williams, Benjamin |
| **Sent:** | Monday, May 5, 2025 12:43 PM |
| **To:** | Chief Perley |
| **Cc:** | Dumas, Noah; Cutting, Nicolas |
| **Subject:** | RE: After Action Summary; Black Mountain Ski Area |

Hi Chief,

Thank you, we will open a case. Your local Investigator is Inv. Noah Dumas (603-202-0841). ████████████ ████████ his supervisor, Sgt. Cutting (number 603-491-9277) is available as well Thank you- Ben

Thank You,



**Ben Williams**
**Lieutenant | NH Liquor Commission**
50 Storrs St. | Concord, NH 03301
(603) 856-4732 | www.nh.gov/liquor/enforcement
*Please drink responsibly.*

Statement of Confidentiality: The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message from your system.

**From:** Chief Perley <chiefperley@jackson-nh.org>
**Sent:** Monday, May 5, 2025 12:20 PM
**To:** Williams, Benjamin <benjamin.williams@liquor.nh.gov>
**Subject:** After Action Summary; Black Mountain Ski Area

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Hi Ben,

This is the after action summary I sent to my Selectboard today's date. As we cobble together the formal reports from the calls for service we will send them down as well. Also, if you could provide my with our local liquor enforcement agents name and number that would be appreciated.

Thank You,

*Chief Christopher Perley*



**Christopher Perley**
Chief of Police
Jackson Police Department
P.O. Box 187
Jackson, NH, 03846

# Black Mountain's 90th Birthday
# After Action Summary
# 05/04/2025

    The events that transpired on 05/03/2025 at Black Mountain could best be described as complete chaos.  The conduct of both patrons and employees of the facility consumed nearly all of Jackson PD's resources for the bulk of the day.  We not only received no cooperation from the Mountain staff, they actually contributed to the problems reported, and in some cases committed them.

    I feel strongly that we need a "Whole of Government" response; police, fire, zoning and liquor enforcement regulations, moving forward to reel in the behavior before there are even more serious consequences.  Sadly, these events were the inevitable end for the way that business has conducted itself.

    The following is a brief summary of the activities at or near Black Mountain during their last open day, celebrating Black's 90th Birthday.  I am happy to discuss this event more in depth, to include planning, ahead of time, for either summer activities at the Mountain, which may happen, or the inevitable return of ski season.

*Duration of Resources Allocated to Black Mountain*    **9 hours**    *11:30am-8:30pm*

**Logged Calls for Service**

### CFS 25-24280  11:31AM  Parking Complaint

Homeowner at ███████████████ , reported that a neighbor called and advised several vehicles were parked on her lawn.  Discovered 11 illegally parked vehicles on and around her property.  6 parking tickets issued, 1 vehicle towed.  The remainder of vehicles were directed away as driver's were actively parking. We did try to mitigate the problem by calling Black Mt., to make announcements to vehicle owners.  We then posted no parking signs on the owner's property and monitored.  All but one parking violator told us that they were directed to park on the complainant's property by Black Mountain parking staff.

### First OHRV Violation  11:35AM  Black Mountain Road (Witnessed by Sgt. Mosher)

While we were at the parking complaint, Sgt. Mosher caught a private citizen, shuttling skiers from a residence north of Black Mountain to the overflow lot of BM on a side by side OHRV. He stopped the conduct and told the owner not to drive the vehicle and leave it in the parking lot. The driver walked home.

### CFS 25-24292  12:00PM   Second OHRV Violation

As Sgt. Mosher and I were discussing solutions to the traffic and parking trouble on Black Mountain, we could see a John Deere side by side OHRV with ski tracks driving northbound on

Black Mountain Road.  We were both somewhat shocked and unsure what the driver was doing, thinking it was going to pull into the Mountain mechanical garage.  The OHRV by-passed the garage and continued Northbound headed towards our position.  I was preparing to call **Erik Mogensen** to inquire about it only to find that **he** was driving it.  He dismounted, and walked over to myself and Sgt. Mosher.  I immediately inquired if the vehicle was registered for road use.  He flippantly said no.  I was a little confused by the answer and his tone and told him those types of vehicles need special registrations to drive on the roadway.  He said *"well I guess you've got to give me a ticket then Chief."*  Again, thinking he might just be being coy, I reiterated that it was an offense to do what he did.  Instead of acknowledging it, he repeated, *"Well, I guess your just going to have give a ticket."*  **Ticket issued**.  Afterwards he asked if he could move it back to the garage area and I advised him that Sgt. Mosher would escort the vehicle back.  He returned to the OHRV and moved it at will, driving back down the roadway without escort.  At the time he did this the roadway was partially blocked with a truck pulling a camper trailer trying to park and set up at the Mountain.

### CFS 25-24294  1:55PM  Report of Intoxicated Patrons/Public Urination/Fire Hazard

Kevin Bennett reported that he had been to the mid station pub and reported that the pub was over crowded, several people were visibly intoxicated and people were urinating in the woods as there is no bathroom facilities.  He also reported that the fire lane approach to the base lodge was blocked.  I asked him to report the fire lane violation to Chief Henry and the local liquor enforcement agent to report the liquor law violations.

### CFS 25-24335  7:34PM  Report of an Intoxicated Patron/Driver

A female caller reported to dispatch that a male in a blue Toyota Tacoma had been drinking all day in the parking lot and just drove away towards Bartlett.  She said he also had claimed to have ingested hallucinogenic mushrooms.  The driver had left the scene before JPD could respond.  Report put out as a *Be On The Lookout* **(BOLO).**

### CFS 25-24336  7:42PM Disturbance, SHOT FIRED

Erik Mogensen reported that someone had fired "warning shots" at or near the fireworks crew setting up.  JPD units responded as well as two County Sheriff units.  Sgt. Mosher investigated and was on scene within 1 minute, finding no firearms in the possession of either Davis brother, who were out in a field setting up lights to calm the cattle during the fireworks show.  They denied discharging a firearm of any kind.   Survey of area witnesses, including JFD fire personnel, no other person perceived a shot being fired.  Case open, undetermined.

### CFS 25-24337 7:54PM Disturbance, Drunken Patrons

**Reported directly by at least 4 Black Mountain employees** that intoxicated patrons were causing disturbances with the bartenders and refusing to leave.  Sgt. Mosher and Officer Eaton encountered at least three patrons that were noticeably intoxicated and had been overserved or allowed intoxicated on premise.  They were escorted out and allowed to sober up in the parking lot. (JPD staff would have had to leave if they took them into protective custody as the fireworks were about to begin.)

As you can see, it was quite a day and with no real warning from Black Mountain Management as to ticket sales or anticipated crowd sizes.  I think the call that speaks volumes for the chaos that existed was the last one.  Black Mountain's ***own employees*** had lost such control over the situation, they resorted to flagging down Mike and Will for help with drunken patrons.

If the mountain is going to be that lawless, or even that well attended, the Town is going to have to give some serious consideration to increasing the level of service Jackson Police can provide.  I caution to think what the night might have been like had Will been working on his own.

Respectfully Submitted,

Chief Chris Perley

Jackson Police Department

https://www.facebook.com/JacksonPoliceNH/

*The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). If you are not the intended recipient, please notify the Jackson New Hampshire Police Department, immediately at (603) 383-9292 or reply to the original sender and permanently delete the message and all attachments. Disclosing, copying, forwarding, distributing or any other use of this communication is strictly prohibited.*