# Chris Meier

| | |
|---|---|
| **From:** | Kevin Bennett <jacksonbuildinginspector@gmail.com> |
| **Sent:** | Tuesday, July 22, 2025 10:37 AM |
| **To:** | Chris Meier |
| **Subject:** | Re: 91-A Request to Town (07/16/2025) |
| **Attachments:** | 1000023349.jpg; 1000023350.jpg |

Hi. I sent Chief Perley a text message about the ongoing events at the Black Mountain Cabin and the night of the fireworks at the base lodge. This was a few days after the May event. This was from my Iphone. Messages are permanently deleted after 40 days from iPhones. So, I couldn't find the text that I sent him. I also ask for a few pictures of the cars that were parked illegally on the last day of skiing at black. I did save the photos from that text. I added them as an attachment.

I spoke twice with a man named Tom, during midwinter, who lives somewhere on the west side of the mountain. He was complaining about public urination at the Black Mountain Cabin but would not sign a complaint. Thanks Kevin

On Wed, Jul 16, 2025 at 7:56 PM Chris Meier <cmeier@coopercargillchant.com> wrote:

> Kevin –
>
> As you know, this office represents Black Mountain Ski Area and associated entities.
>
> Pursuant to RSA 91-A, would you kindly send me copies of:
>
> 1. All complaints, referrals, or other correspondence or communications (including without limitation electronic communications, e-mails, and text messages) made and/or forwarded by you to any other law enforcement and/or regulatory entity or person (including without limitation the NH liquor commission and/or NH DHHS) regarding Black Mountain Ski Area (and/or any associated entity or individual).
>
> 2. All communications (including without limitation electronic communications, e-mails, and text messages) between you and Chief Perley regarding Black Mountain Ski Area (and/or any associated entity or individual).

1

3. All communications (including without limitation electronic communications, e-mails, and text messages) between you and any member of the Board of Selectmen regarding Black Mountain Ski Area (and/or any associated entity or individual).

4. All communications (including without limitation electronic communications, e-mails, and text messages) between you and Julie Hoyt regarding Black Mountain Ski Area (and/or any associated entity or individual).

5. All polices and procedures relating to the receipt and logging of complaints received by the Jackson Health Officer.

The time period for this request is September 2024 through the present.

Thank you for your assistance -

_____
Christopher T. Meier
COOPER CARGILL CHANT, P.A.
2935 White Mountain Highway
North Conway, NH 03860
Office Voice:    603.356.5439

Google Voice:  617.433.8001
Web:                 www.ccclaw.com
E-mail:              cmeier@ccclaw.com

_____
This message and its attachments contain information that may be
confidential, protected by attorney-client and/or work product privileges,

and protected by law from disclosure. If you are not the intended recipient,

please delete the message and attachments without printing, copying,

forwarding or saving, and notify the sender immediately.

--

**Kevin Bennett** Jackson Building Inspector

Office Hours: Monday -Thursday, 9 AM to 3 PM or by appointment.
Maybe in the Office on other Days or occasional evenings

 [jacksonbuildinginspector@gmail.com](mailto:jacksonbuildinginspector@gmail.com)

 +1-603-383-4223 ex112

 1-207-956-9000

Office Location Second Floor Jackson Fire Department [58 Main Street, Jackson, 03846, United States](#)



---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click [here](#) to report this email as spam.