**Therrien1, Kimberly**

| | |
|---|---|
| From: | Williams, Benjamin |
| Sent: | Monday, May 12, 2025 3:24 PM |
| To: | Chief Perley |
| Cc: | Cutting, Nicolas |
| Subject: | RE: Black Mountain Ski Area |

Chief,

The Mid Station Pub is the same license as the base lodge. It doesn't require and special approval to use, however, if the town did not want to approve that location, or wanted to put specific restrictions on that location (bathroom requirement, minimum security personnel requirement, maximum capacity) the town could do so.

Thank You,



**Ben Williams**
**Lieutenant | NH Liquor Commission**
50 Storrs St. | Concord, NH 03301
(603) 856-4732 | www.nh.gov/liquor/enforcement
*Please drink responsibly.*

Statement of Confidentiality: The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message from your system.

---

**From:** Chief Perley <chiefperley@jackson-nh.org>
**Sent:** Monday, May 12, 2025 3:21 PM
**To:** Williams, Benjamin <Benjamin.B.Williams@liquor.nh.gov>
**Subject:** RE: Black Mountain Ski Area

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Thanks. One more question; with regards to the mid station pub, is that a separately licensed establishment, licensed under the main license, or does it require an extended service permit approved by the Selectboard like the special event requests?

Thank You,

*Chief Christopher Perley*



**Christopher Perley**
Chief of Police
Jackson Police Department
P.O. Box 187
Jackson, NH, 03846

https://www.facebook.com/JacksonPoliceNH/

*The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). If you are not the intended recipient, please notify the Jackson New Hampshire Police Department, immediately at (603) 383-9292 or reply to the original sender and permanently delete the message and all attachments. Disclosing, copying, forwarding, distributing or any other use of this communication is strictly prohibited.*

---

**From:** Williams, Benjamin [mailto:Benjamin.B.Williams@liquor.nh.gov]
**Sent:** Monday, May 12, 2025 3:09 PM
**To:** Chief Perley <chiefperley@jackson-nh.org>
**Cc:** Cutting, Nicolas <Nicolas.R.Cutting@liquor.nh.gov>
**Subject:** RE: Black Mountain Ski Area

Chief,

Email works perfectly:

Nicolas.R.Cutting@liquor.nh.gov

Thank You,



**Ben Williams**
**Lieutenant | NH Liquor Commission**
50 Storrs St. | Concord, NH 03301
(603) 856-4732 | www.nh.gov/liquor/enforcement
*Please drink responsibly.*

Statement of Confidentiality: The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message from your system.

**From:** Chief Perley <chiefperley@jackson-nh.org>
**Sent:** Monday, May 12, 2025 3:00 PM
**To:** Williams, Benjamin <Benjamin.B.Williams@liquor.nh.gov>
**Subject:** RE: Black Mountain Ski Area

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Hi Ben,
    I have nearly all the reports compiled and will send them along this week.  Is email attachment sufficient and do they go to Sgt. Cutting directly?  I need his e-mail info if so.

The health officer Kevin Bennett reported the crowd size, the public urination and a fire lane violation to me on that day. I e mailed Noah about the liquor law stuff. I did not learn of the marijuana use until a meeting with he and our board chair, along with the fire chief, sometime after the event. I don't believe the health officer confronted anyone on scene that day, only made his observations. We have an non-public meeting on the 15th to go over some options.

I will convey your thoughts on closing the mid-station facility until they have a bathroom installed to both the Health Officer and the Select Board immediately. Talk soon, I'm sure.

Thank You,

*Chief Christopher Perley*



**Christopher Perley**
Chief of Police
Jackson Police Department
P.O. Box 187
Jackson, NH, 03846
https://www.facebook.com/JacksonPoliceNH/

*The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). If you are not the intended recipient, please notify the Jackson New Hampshire Police Department, immediately at (603) 383-9292 or reply to the original sender and permanently delete the message and all attachments. Disclosing, copying, forwarding, distributing or any other use of this communication is strictly prohibited.*

---

**From:** Williams, Benjamin [mailto:Benjamin.B.Williams@liquor.nh.gov]
**Sent:** Monday, May 12, 2025 12:31 PM
**To:** Chief Perley <chiefperley@jackson-nh.org>
**Cc:** Cutting, Nicolas <Nicolas.R.Cutting@liquor.nh.gov>
**Subject:** RE: Black Mountain Ski Area

Hi Chief,

As I indicated in the email at the bottom of this chain, progressive discipline is **law**, not our policy. As with any criminal investigation, this will require a full investigation and due process for the licensee. We are unable to bypass those processes over shock/outrage. I would recommend not allowing service of alcohol at that mid-mountain lodge until they get bathroom services available for patrons to use. Unfortunately, there is no liquor law that covers bathrooms at mid-mountain ski lodges, so that would have to come from the health officer/town. Do you know if the health officer addressed the public urination with employees/management? Did the health officer call the police to the mid-mountain lodge for the cannabis use? To answer your other question, as I previously emailed, the Division of Enforcement was not present at this event.

Here is what we are potentially looking at:

**CFS 25-24294  1:55PM  Report of Intoxicated Patrons/Public Urination/Fire Hazard**
Kevin Bennett reported that he had been to the mid station pub and reported that the pub was over crowded, several people were visibly intoxicated and people were urinating in the woods as there is no bathroom facilities.  He also reported that the fire lane approach to the base lodge was blocked.  I asked him to report the fire lane violation to Chief Henry and the local liquor enforcement agent to report the liquor law violations.

**CFS 25-24335  7:34PM  Report of an Intoxicated Patron/Driver**
A female caller reported to dispatch that a male in a blue Toyota Tacoma had been drinking all day in the parking lot and just drove away towards Bartlett.  She said he also had claimed to have ingested hallucinogenic mushrooms.  The driver had left the scene before JPD could respond.  Report put out as a *Be On The Lookout* **(BOLO).**

**CFS 25-24336  7:42PM Disturbance, SHOT FIRED**
Erik Mogensen reported that someone had fired "warning shots" at or near the fireworks crew setting up.  JPD units responded as well as two County Sheriff units.  Sgt. Mosher investigated and was on scene within 1 minute, finding no firearms in the possession of either Davis brother, who were out in a field setting up lights to calm the cattle during the fireworks show.  They denied discharging a firearm of any kind.   Survey of area witnesses, including JFD fire personnel, no other person perceived a shot being fired.  There is no liquor law violation here.

**CFS 25-24337 7:54PM Disturbance, Drunken Patrons**
**Reported directly by at least 4 Black Mountain employees** that intoxicated patrons were causing disturbances with the bartenders and refusing to leave.  Sgt. Mosher and Officer Eaton encountered at least three patrons that were noticeably intoxicated and had been overserved or allowed intoxicated on premise.  They were escorted out and allowed to sober up in the parking lot.  (JPD staff would have had to leave if they took them into protective custody as the fireworks were about to begin.).

We are willing to meet with the police department, town government, and licensee to come together on these issues. I know you are aware of the public hearing option as well.

Sgt. Cutting will be supervising this investigation. Please advise if you need any other clarifying information.

Thank You,



**Ben Williams**
Lieutenant | NH Liquor Commission
50 Storrs St. | Concord, NH 03301
(603) 856-4732 | www.nh.gov/liquor/enforcement
*Please drink responsibly.*

Statement of Confidentiality: The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message from your system.

**From:** Chief Perley <chiefperley@jackson-nh.org>
**Sent:** Sunday, May 11, 2025 12:01 PM
**To:** Dumas, Noah <Noah.S.Dumas@liquor.nh.gov>
**Cc:** Williams, Benjamin <benjamin.williams@liquor.nh.gov>
**Subject:** FW: Black Mountain Ski Area

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Hi Noah,

I hope this statement gets the immediate attention of key members down at Liquor Enforcement.  This is outrageous behavior! Open use of marijuana, public urination, and all in front of children in the service area.  I would like to know what, if any, immediate steps Liquor enforcement are going to undertake while this matter gets investigated.
I can't imagine that your policy of verbal warning first doesn't take into account shocking accounts like this one from a credible source.   I know the Select board has the right to petition for revocation but that sounds like a slow process.  Looking forward to your input.

Thank You,

*Chief Christopher Perley*



**Christopher Perley**
Chief of Police
Jackson Police Department
P.O. Box 187
Jackson, NH, 03846
https://www.facebook.com/JacksonPoliceNH/

*The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). If you are not the intended recipient, please notify the Jackson New Hampshire Police Department, immediately at (603) 383-9292 or reply to the original sender and permanently delete the message and all attachments. Disclosing, copying, forwarding, distributing or any other use of this communication is strictly prohibited.*

---------- Forwarded message ---------
From: **Kevin Bennett** <jacksonbuildinginspector@gmail.com>
Date: Wed, May 7, 2025 at 4:27 PM

Subject: Black Mountain Ski Area
To: Chris Perley <cperley45@gmail.com>

On May 3, 2025, as the health officer of Jackson, New Hampshire, I decided to visit the mid-Station cabin at Black Mountain Ski Area in response to complaints about public urination around the ski cabin. This location sells alcoholic beverages, including beer and champagne.

I arrived at Black Mountain Ski Area at noon and waited in line to purchase a lift pass to ride the triple chair to the mid-station. When it was my turn, I identified myself as the Town of Jackson's health officer. The woman at the desk took my information and issued me a complimentary lift pass.

The day before, I had texted Eric, telling him I was going to visit the area to see what was happening myself. He replied, indicating he didn't know who I was.

After receiving my ticket, I proceeded to the triple chair. The ride to the top was uneventful, and upon arriving at the mid-station, I walked over to the cabin, where I found around 100 people on the deck and in front of the cabin. They were sitting in red chairs, standing around, and the music was so loud that it was nearly impossible to have a conversation with someone right in front of me. Most attendees had drinks in hand, either beer cans or plastic glasses filled with champagne.

Throughout my hour-long visit, the smell of marijuana wafted through the air intermittently. I observed one group passing a joint around on the deck in the right-hand corner. There was a steady flow of people entering the cabin to purchase alcohol. To the left, another table offered glasses of champagne. I also noticed young children in the area on the deck at various times, and there were approximately 100 empty champagne bottles decorating the railing. During my stay, I witnessed three different men go into the woods to urinate.

As my visit concluded, it began to rain heavily, prompting me to return down the mountain via the chairlift.

Later that night, the Ski Area hosted a fireworks show, and I was present as a member of the Jackson Fire Department. I was stationed on the back deck of the ski lodge at the mountain's base. During this time, I observed people filling champagne glasses on several occasions. I couldn't determine if they were Ski Area employees or members of the general public.

Throughout the evening, I noticed three instances of marijuana smoke in the air, which other members of the Jackson Fire Department commented on as well. We also witnessed an intoxicated individual being spoken to by two members of the Jackson Police Department. I was at the mountain's base from 7 PM until after 9 PM.

Signed Kevin Bennett

---

Kevin Bennett Jackson Building Inspector

Office Hours: Monday -Thursday, 9 AM to 3 PM or by appointment.
Maybe in the Office on other Days or occasional evenings



jacksonbuildinginspector@gmail.com

+1-603-383-4223 ex112

1-207-956-9000

288

Office Location Second Floor Jackson Fire Department 58 Main Street, Jackson, 03846, United States

**From:** Williams, Benjamin benjamin.williams@liquor.nh.gov
**Sent:** Tuesday, May 6, 2025 10:03 AM
**To:** Chief Perley chiefperley@jackson-nh.org
**Cc:** Dumas, Noah Noah.S.Dumas@liquor.nh.gov
**Subject:** RE: After Action Summary; Black Mountain Ski Area

Chief,

We will investigate this like any other criminal/administrative case. We DO NOT have the power that most people think we have. It is **in law** that we work on a progressive discipline model, which means for a first offense (outside of over-service of alcohol, service to a minor, or a death) licensees get a "verbal counsel" for a first offense, "Warning" for a second offense", and "Administrative Notice" (our version of a summons) for the third offense.

The most powerful evidence I see here is this:

**CFS 25-24337 7:54PM Disturbance, Drunken Patrons**
**Reported directly by at least 4 Black Mountain employees** that intoxicated patrons were causing disturbances with the bartenders and refusing to leave.  Sgt. Mosher and Officer Eaton encountered at least three patrons that were noticeably intoxicated and had been overserved or allowed intoxicated on premise.  They were escorted out and allowed to sober up in the parking lot.  (JPD staff would have had to leave if they took them into protective custody as the fireworks were about to begin.)

     As you can see, it was quite a day and with no real warning from Black Mountain Management as to ticket sales or anticipated crowd sizes.  I think the call that speaks volumes for the chaos that existed was the last one.  Black Mountain's **own employees** had lost such control over the situation, they resorted to flagging down Mike and Will for help with drunken patrons.

We will need Body Cam footage and or police reports for the investigation. We will gather receipts, surveillance footage, interviews, etc. Inv. Dumas is going to start with the licensee today gathering information.

Thank You,



**Ben Williams**
**Lieutenant | NH Liquor Commission**
50 Storrs St. | Concord, NH 03301
(603) 856-4732 | www.nh.gov/liquor/enforcement
*Please drink responsibly.*

Statement of Confidentiality: The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message from your system.