# Jackson Police Department
## Incident Report

Page: 1
05/12/2025

Incident #: 2515-29-OF

```
Date/Time Reported: 05/03/2025 1200
 Report Date/Time: 05/11/2025 1334
 Occurred Between: 05/03/2025 0001-05/03/2025 2359
           Status: Incident Open

Reporting Officer: Chief Chris Perley
Approving Officer: Chief Chris Perley

        Signature: _____

        Signature: _____
```

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | MOGENSEN, ERIK M <br> ▓▓▓▓▓ <br> WINTER PARK CO 804820000 | M | ▓ | 37 | ▓ | ▓ |

```
Military Active Duty: N
              BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
               DOB: ▓▓▓▓▓              PLACE OF BIRTH: NOT AVAIL.
    LICENSE NUMBER: ▓▓▓▓▓                   ETHNICITY: ▓▓▓▓▓
```

[CONTACT INFORMATION]

Home Phone   (Primary)   ▓▓▓▓▓

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
|   | LOCATION TYPE: Park/Playground  Zone: Jackson <br> BLACK MOUNTAIN SKI AREA <br> 373 BLACK MOUNTAIN RD <br> JACKSON NH 03846 | | | |
| 1 | Disorderly Conduct <br> 644   2 <br> OCCURRED: 05/03/2025   1200 <br> SUSPECTED OF USING: Alcohol <br> BIAS AGAINST: No Bias | N | Violation | |

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | CONFIDENTIAL | | | | | | |
| 2 | CONFIDENTIAL | | | | | | |
| 3 | CONFIDENTIAL | | | | | | |

## INCIDENT DESCRIPTION

Operation of a disorderly premise; liquor law violations Black Mountain Ski Area

309

Incident #: 2515-29-OF

```
*******************************
***CONFIDENTIAL PERSON REPORT***
*******************************
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | BENNETT, KEVIN S <br> ▮▮▮▮▮▮▮▮▮▮ <br> BARTLETT NH 03812 <br> DOB: ▮▮▮▮▮▮ <br><br> EMPLOYER: TOWN OF JACKSON <br> CONTACT INFORMATION: <br> Home Phone (Primary) <br> Home Phone (Primary) <br> CallBack Number (Primary) | WITNESS | M | ▮ | 63 | ▮ | ▮ |
| 2 | FICHERA, JOHN T <br> ▮▮▮▮▮▮▮▮▮▮ <br> JACKSON NH 03846 <br> DOB: ▮▮▮▮▮▮ <br><br> EMPLOYER: BLACK MOUNTAIN; OWNER <br> CONTACT INFORMATION: <br> Home Phone (Primary) <br> Work Phone (Primary) <br> Other Phone Number <br> CallBack Number (Primary) | OTHER | M | ▮ | 67 | ▮ | ▮ |
| 3 | BECK, LAURA C <br> ▮▮▮▮▮▮▮▮▮▮ <br> MADISON NH 03849 <br> DOB: 09/30/1974 <br><br> EMPLOYER: BARLETT JACKSON AMBULANCE · 603-383-3651 <br> CONTACT INFORMATION: <br> Home Phone (Primary) <br> Work Phone (Primary) 603-383-3651 <br> CallBack Number (Primary) | PARTICIPANT | F | ▮ | 50 | ▮ | ▮ |

