**Therrien1, Kimberly**

| | |
|---|---|
| **From:** | Williams, Benjamin |
| **Sent:** | Friday, May 16, 2025 2:20 PM |
| **To:** | Cutting, Nicolas |
| **Subject:** | FW: Black Mountain investigation Material |
| **Attachments:** | SKM_36825051516270.pdf |

Thank You,



**Ben Williams**
**Lieutenant | NH Liquor Commission**
50 Storrs St. | Concord, NH 03301
(603) 856-4732 | www.nh.gov/liquor/enforcement
*Please drink responsibly.*

Statement of Confidentiality: The contents of this message are confidential. Any unauthorized disclosure, reproduction, use or dissemination (either whole or in part) is prohibited. If you are not the intended recipient of this message, please notify the sender immediately and delete the message from your system.

**From:** Chief Perley <chiefperley@jackson-nh.org>
**Sent:** Thursday, May 15, 2025 5:42 PM
**To:** Williams, Benjamin <benjamin.williams@liquor.nh.gov>
**Subject:** Black Mountain investigation Material

**EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Hi Ben

Attached please find the case file on Black Mountain activities associated with law and alcohol violation. The principle focus of these reports is the licensee, Erik Mogensen. I included materials, to include; police reports, media posts, advertisements associated with licensee events, and citations/parking tickets issued. Let me know if you need any additional material. Please keep me apprised of the status of the investigation and finds so I may update my selectboard.

Thank You,

*Chief Christopher Perley*



**Christopher Perley**
Chief of Police
Jackson Police Department
P.O. Box 187
Jackson, NH, 03846
https://www.facebook.com/JacksonPoliceNH/

*The information contained in this electronic message and any attachments to this message may contain confidential or privileged information and is intended for the exclusive use of the addressee(s). If you are not the intended recipient, please notify the Jackson New Hampshire Police Department, immediately at (603) 383-9292 or reply to the original sender and permanently delete the message and all attachments. Disclosing, copying, forwarding, distributing or any other use of this communication is strictly prohibited.*