# Chris Meier

| | |
|---|---|
| **From:** | Dumas, Noah <NOAH.S.DUMAS@LIQUOR.NH.GOV> |
| **Sent:** | Tuesday, July 8, 2025 12:35 PM |
| **To:** | Chris Meier |
| **Cc:** | Cutting, Nicolas |
| **Subject:** | RE: 91-A Request |

Good afternoon,

I just called your office but it sounds like you may be out for lunch. I spoke with Sgt. Cutting regarding a new meeting date and Tuesday morning works for us to meet. As far as the 91-A, the case is still open and considered an "active investigation" so documentation like the complaints can't be released. Like I explained on the phone, this is simply a conversation with the owner, manager, and yourself regarding minor violations and how we can work together to correct them moving forward. The violations we will be discussing simply are "Verbal Counsel's" meaning no fines, license suspensions, or penalties as long as the licensee doesn't repeat the same violation. After our conversation I will document that we discussed the violation and how we can collaboratively prevent the same violation from occurring. We will have several documents for yourself and the licensee to review regarding some of the information we received when we meet. After this meeting I anticipate documenting the conversation and once the report is approved, it can be released in its entirety.

Noah

**From:** Chris Meier <cmeier@coopercargillchant.com>
**Sent:** Tuesday, July 8, 2025 11:31 AM
**To:** Dumas, Noah <NOAH.S.DUMAS@LIQUOR.NH.GOV>
**Cc:** Erik Mogensen <erik@entabenisystems.com>; Alex Lahood <alex@entabenisystems.com>
**Subject:** RE: 91-A Request

> **EXTERNAL EMAIL WARNING!** This email originated outside of the New Hampshire Executive Branch network. Do not open attachments or click on links unless you recognize the sender and are expecting the email. Do not enter your username and password on sites that you have reached through an email link. Forward suspicious and unexpected messages by clicking the Phish Alert button in your Outlook and if you did click or enter credentials by mistake, report it immediately to helpdesk@doit.nh.gov!

Hi Noah –
Erik would like to be in attendance for the meeting with you, and cannot do tomorrow at 9am.   Do you have any availability on 7/14 or 7/15 (next Monday or Tues)?  That would also give you time to get us copies of the complaints.

Thanks much -

_____
Christopher T. Meier
Email:  cmeier@ccclaw.com
Office:  603-356-5439
Google Voice:  617-433-8001